No. 1321, Misc. GREGORY *v.* UNITED STATES. Motion for leave to file petition for writ of habeas corpus and for other relief denied.

No. 1299, Misc. HESTON *v.* GREEN, CORRECTIONAL SUPERINTENDENT;
No. 1324, Misc. CROW *v.* NASH, WARDEN;
No. 1364, Misc. GREEN *v.* NEW JERSEY;
No. 1433, Misc. BASSETT *v.* TAHASH, WARDEN;
No. 1495, Misc. MATUZEK *v.* EYMAN, WARDEN; and
No. 1549, Misc. COFIELD *v.* HOLMAN, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 876, Misc. MILANI *v.* SUPREME COURT OF ILLINOIS. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se*. *William G. Clark,* Attorney General of Illinois, for respondent.

No. 1220, Misc. GOODSON *v.* TENNESSEE EX REL. CRIMINAL COURT OF SHELBY COUNTY;
No. 1345, Misc. KOBS *v.* HOTT ET AL.;
No. 1427, Misc. BLACK *v.* BETO, CORRECTIONS DIRECTOR;
No. 1474, Misc. IN RE WILSON; and
No. 1492, Misc. MACHIN *v.* SUPREME COURT OF WASHINGTON. Motions for leave to file petitions for writs of mandamus denied.

No. 1230, Misc. DISILVESTRO *v.* CLARK ET AL.; JUDGES. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Douglas* and *Morton Hollander* for respondents.